12-05906 / 11-12587
Veluchamy LLC

**Final Claims Register**

*Numerical Order*

| Claim # | Claim Status | Case | Amount | Basis for Claim | Date Filed | Classification | Claimant |
|---|---|---|---|---|---|---|---|
| 39 | Pending | Veluchamy LLC (11-12587) | $500.00 | Taxes | 9/15/2011 | Unsecured | Internal Revenue Service 31 Hopkins Plz., Rm. 1150, G. H. Fallon Federal Bldg., Baltimore, MD 21201-2825 |
| 143 | Disallowed | Veluchamy LLC (11-12587) | $2,835,674.99 | Loan | 11/7/2011 | Unsecured | Fulton Bank of New Jersey, f/k/a The Bank, as successor by merger to Skylands Community Bank (c/o Joseph R. Zapata, Jr., Esq.) Norris, McLaughlin & Marcus, P.A., 721 Route 202-206, Suite 200, Bridgewater, NJ 08807 |
| 143 | Disallowed | Veluchamy LLC (11-12587) | $2,835,674.99 | Loan | 11/7/2011 | Secured | Fulton Bank of New Jersey, f/k/a The Bank, as successor by merger to Skylands Community Bank (c/o Joseph R. Zapata, Jr., Esq.) Norris, McLaughlin & Marcus, P.A., 721 Route 202-206, Suite 200, Bridgewater, NJ 08807 |
| 231 | Disallowed | Veluchamy LLC (11-12587) | $58,482.33 | Goods Sold | 1/25/2012 | Unsecured | Arnstein & Lehr LLP (Michelle G. Novick Esq.) 120 S. Riverside Plz., Ste. 1200, Bradner Central Co., Chicago, IL 60606-3910 US |
| 231 | Disallowed | Veluchamy LLC (11-12587) | $57,595.43 | Goods Sold | 1/25/2012 | Unsecured Priority | Arnstein & Lehr LLP (Michelle G. Novick Esq.) 120 S. Riverside Plz., Ste. 1200, Bradner Central Co., Chicago, IL 60606-3910 US |
| 231 | Disallowed | Veluchamy LLC (11-12587) | $57,595.43 | Goods Sold | 1/25/2012 | Unsecured Priority | Arnstein & Lehr LLP (Michelle G. Novick Esq.) 120 S. Riverside Plz., Ste. 1200, Bradner Central Co., Chicago, IL 60606-3910 US |
| 307 | Allowed | Veluchamy LLC (11-12587) | $526.20 | Legal Services Performed | 2/17/2012 | Unsecured | Law Office of Jeffrey W. Horwitz Ltd. (Jeffrey William Horwitz Esq.) 150 N. Wacker Dr., Ste. 2525, Chicago, IL 60606-1676 |
| 390 | Pending | Veluchamy, LLC (12-05906) | $ unknown | see appendix | 3/8/2012 | Unsecured | Brenda Porter Helms, solely as the Chapter 7 Trustee for the Estate of Veluchamy (11-33413) c/o Barry Chatz, Esq., Arnstein & Lehr LLP, 120 S. Riverside Plaza,12th, Chicago, IL 60606 |
| 429 | Pending | Veluchamy, LLC (12-05906) | Unliquidated (see Rider) | See attached Rider | 3/9/2012 | Unsecured | Ungaretti & Harris LLP (Fed. Deposit Ins. Corp., as Receiver for Mutual Bank, Richard Scott Alsterda Esq.) 70 W. Madison St., Ste. 3500, Three First Nat'l Plz., Chicago, IL 60602-4224 US |
| 429 | Pending | Veluchamy, LLC (12-05906) | Unliquidated | See attached Rider | 3/9/2012 | Unsecured Priority | Ungaretti & Harris LLP (Fed. Deposit Ins. Corp., as Receiver for Mutual Bank, Richard Scott Alsterda Esq.) 70 W. Madison St., Ste. 3500, Three First Nat'l Plz., Chicago, IL 60602-4224 US |
| 445 | Withdrawn | Veluchamy, LLC (12-05906) | $2,735.00 | Tax Preparation | 3/9/2012 | Unsecured | Bradford R. Dooley & Assoc. (Bradford R. Dooley) 209 W. Jackson Blvd., Ste. 404, Chicago, IL 60606-6934 US |
| 491 | Withdrawn | Veluchamy, LLC (12-05906) | 0 | Taxes | 4/23/2013 | Unsecured Priority | IL Dept. of Revenue, Bankruptcy Section (Karim Kevin Kaminski, RTS2) P.O. Box 64338, Chicago, IL 60664-0338 |
| 493 | Withdrawn | Veluchamy, LLC (12-05906) | Unknown | Taxes | 4/23/2013 | Unsecured | IL Dept. of Revenue, Bankruptcy Section (Karim Kevin Kaminski, RTS2) P.O. Box 64338, Chicago, IL 60664-0338 |
| 493 | Withdrawn | Veluchamy, LLC (12-05906) | Unknown | Taxes | 4/23/2013 | Unsecured Priority | IL Dept. of Revenue, Bankruptcy Section (Karim Kevin Kaminski, RTS2) P.O. Box 64338, Chicago, IL 60664-0338 |
| AC39-1 | Pending | Veluchamy LLC (11-12587) | $0.00 | Taxes | 11/20/2011 | Unsecured | Internal Revenue Service 31 Hopkins Plz., Rm. 1150, G. H. Fallon Federal Bldg., Baltimore, MD 21201-2825 |